IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT SIMPSON,  )
    Petitioner,  )
  )
-vs-  )  Case No. _____
  )
David L. Winn, warden  )  **04-40215 DPW**
    Respondent.  )

**MOTION FOR TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE FOR
A PRELIMINARY INJUNCTION**

NOW COMES, Petitioner, Robert Simpson, Pro-Se, respectfully files this complaint, supporting affidavit, and 28 USC § 2241, submitted herewith.

The Petitioner moves that defendant David Winn, warden, show cause to this Honorable Court, on the ____ day of _____, 2004, at _____ o'clock, why a preliminary injunction should not be issued pursuant to Federal rule 65(a) of civil procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from: (1) Proceding with the transfer of and redesignation to FCI Raybrook of the petitioner, pending Judicial review of and/or Senators Clintons consideration towards allowing a hardship request not to place the petitioner in a medium security facility. (2) That the BOP maintain the petitioner's current placement at FMC Devens, housing assignment in G-A unit, in 110 upper. (3) Assure that no retaliatory action be taken against the petitioner for exercising of constitutional rights (i.e. Placement in administrative detention "pending investigation", change of job, housing, assignment, or restrict access to the law library, telephone,

-1-

commissary, or visits ect. in any way). without just violation of prison policies. (4) That if transfer is implemented prior to receipt of this action that I be immediately be returned to the general population at FMC Devens with just reimbursement for any loss of property as a result of said transportation.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, the defendants David Winn, warden, and each of their officers, agents, employees, and all persons acting in concert or participation with them, are restrained from: Proceding with the currently intended transfer and redesignation of the petitioner to FCI Raybrook, and is to continue current imprisonment at FMC Devens, without placement in Administrative detention, or any other actions taken against the petitioners exercising said constitutional rights.

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid defendants by _____, 2004, by the clerk's upon the entry of an order or judgment the clerk shall serve notice, as provided in rule 5(b).

    Respectfully Submitted,

    *Robert P Simpson*

    Robert Simpson
    10347-052
    FMC DEVENS
    P.O.Box 879
    Ayer,Ma 01432