**04-40215**

## AFFIDAVIT OF ROBERT SIMPSON

I, Robert Simpson, # 10347-052, the petitioner of said complaint. Hereby state the following to be both true and accurate to the best of my knowledge and belief under the pain and penalty of perjury:

I, am Robert P. Simpson, Inmate # 10347-052, currently being housed at FMC Devens, P.O.Box 879, Ayer, Ma. 01432.

I am filing this affidavit in support of the Temporary Restraining Order, and request for a Preliminary Injunction pending Judicial Review of the 28 USC § 2241, being filed forthwith. Based on the following:

(1) That the pending transfer, and redesignation of the petitioner to FCI Raybrook, a MEDIUM SECURITY facility as WORK CADRE, is in violation of my currently assessed Custody Classification as MINIMUM security, OUT custody. Being I pose no security risk, need of additional supervision, have any PSF (public safety factors), or program needs that requisite designation to a facility that's inconsistent with my custody/security Designation.

(2) First a brief back ground:

On or about September 4, 2004, My custody classification was lowered to OUT custody, and subsequently was recommended for redesignation the a minimum security FPC (federal prison camp).

Around September 27, 2004, I was notified that I was redesignated to FPC McKean in bradford Pa. and would furlough transfer there with my family on October 22, 2004.

On October 5, 2004 I was notified that I had been redesignated now to FCI Raybrook, as WORK CADRE. I would no longer be able to furlough transfer based on the increased security level of Raybrook,

-1-

and there being no adjacent minimum security satellite camp. Therefore this transfer essentially places me in a higher security facility than I am currently in, with none of the programs or opportunities that my current security/custody classification affords me.

(3) I was told this redesignation was was the result of A lack of bed space in this region, combined with the fact that the regional designator who normally dose designations was on vacation and the person covering didn't really know this fact. Even though there is a new Minimum security FPC and FCI opening in Scranton, Pa. in November of this year, with lots of available bed space, and also being the closest facility to my release residence of Oswego, NY. being about 3 hours from my family, and children.

(4) I believe that this placement can and will be detrimental to my mental health, I am the survivor of sexual abuse by a male peer when I was 12 years old. That violation contributed to a long history of self-destructive behavior, drug and alcohol abuse, Post-Traumatic-Stress-Disorder, and Depression, I am being treated with Welburtin 300mg. a day, for depression, and also Zoloft 100 mg. a day for the depression and also anxiety/panic attacks, I recentally had to increase the Zoloft due to the panic attacks.

One thing this confinement has allowed me to do is it's given me the time and opportunity to address the fear, anger, shame, and guilt that had resulted from my violation, It's taken me 21 years to begin to put that all behind me.

I feel that placement into a medium security facility will be a major setback for me, I have major trust issues and being put into such a predatory and violent environment will only do more damage. I don't know if I can handle that kind of abuse again.

(5) The added stress and anxiety that I have felt from the day I was told I was now going to Raybrook has been incredible, I haven't been able to sleep right, even before I was designated to Raybrook I had been told that it was a gladiator school, there are metal detectors on the unit and facility doors. Here at FMC Devens if there is a fight a month I'd be surprised.

(6) I have been wrongly designated from the day I self surrendered to FMC Devens on July 23, 2002. When I was designated I had a PSF (public safety factor) wrongly applied to me, as a sex offender. This automatically designated me to a IN custody facility. [for the record I am not and have never committed or been charged with any sex crime in my life]

On June 16, 2003, I began administrative remedy to remove the PSF. On July 15, 2003 Administrative remedy was granted and the PSF was to be removed. When the regional office was notified of this they chose to put off the waiving of the PSF pending there own review. A violation of the administrative remedy process, It wasn't untill sometime around September that the PSF was finally removed.

Based on the removal of the PSF my Custody should have been corrected to Minimum/OUT, however it was left as Minimum/IN, with out regard to the established police statement 5100.07, Ch.5, Pg.15, table 5-7 Level of institution designated.

> "Administrative- IN, unless the inmate is Minimum security level and designation was not for security reasons, in which case the initial custody assignment is OUT."

Without the application of the PSF, a security reason was no longer applicable and therefore I should have been reclassified and redesignated back in July of 2003 well over a year ago.

It is my belief that though the PSF was removed, it is still being

being used as grounds for a " Non-Scoring error or Concern" which in either circumstance allows for the redesignation after the CCM makes any necessary changes into sentry, and immediately notifies the originating office. This is another of their justifications to ignore the actual custody score without any actual ground.

(7)  The need for the injunction is to allow time for proper judicial review of this redesignation. It is my hope and belief that this court does not allow me to be moved prior to review of these circumstances with respect to the likely repercussions that can result from this redesignation. If I am transported prior to any review it will compound things because it will take time untill the next transport to return me to Devens if this honorable court agrees with not just the liberty issues, but also the human factor. Further if this transfer implemented I will likely be placed in to administrative detention which will severly restrict my access to legal materials, not to mention my property as it is typically mailed 3rd class mail and will take a considerable amount of time till I will have access to even work on an expanded memorandum of law in support of these grounds. Not to mention the current 28 USC §2255 I have pending in the Northern District of New York, currently the US Attorney had responded around June 21, 2004. I am acting Pro-Se and currently working on a response to the Government's answer.

(8)  I have currently served 27 months of a 46 month sentence. It seems the closer to the end of my sentence the deeper into the correctional system. I was on pretrial release for almost 2 years, then self surrendered to FMC Devens, and now as I come closer to release I am now being transported to a higher security prison. Without having committed anything to warrant such a security change.

SIGNED AND SWORN AS BOTH TRUE
AND ACCURATE THIS 12th. DAY OF
OCTOBER, 2004, UNDER THE PAIN
AND PENALTY OF PERJURY.

Respectfully Submitted,

*[signature]*

Robert Simpson
10347-052