```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ROBERT SIMPSON, )<br>    Petitioner, )<br> )<br>v. )<br> )<br>DAVID L. WINN, Warden, )<br>Federal Medical Center, )<br>Devens, )<br>    Respondent. ) | Civil Action No. 04-40215-DPW |

**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, David L. Winn, Warden for the Federal Medical Center Devens, Ayer, Massachusetts, respectfully requests that this Court dismiss the above-captioned matter as the petitioner has failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act and because the petitioner lacks a Constitutionally protected liberty interest in his Bureau of Prisons custody level or institutional location.

                                        Respectfully submitted,

                                        UNITED STATES OF AMERICA
                                        By its attorney,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

Dated: December 3, 2004  By: /S/ Christopher R. Donato
                                        Christopher R. Donato
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        John Joseph Moakley Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3100

**CERTIFICATE OF SERVICE**

    I certify that on this day a true copy of the respondent's Memorandum in Support of the Motion to Dismiss was served by first class mail, postage prepaid, upon the *pro se* petitioner at the following address:

Robert Simpson
#10347-052
FMC Devens
P.O. Box 879
Ayer, MA 01432


Dated: December 3, 2004    /S/ Christopher R. Donato
                                        Christopher R. Donato
                                        Assistant U.S. Attorney

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)**

    Because the *pro se* plaintiff is a prisoner currently incarcerated in a federal correctional facility, counsel for the respondent respectfully requests leave to file this Motion without a 7.1 conference.


Dated: December 3, 2004    /S/ Christopher R. Donato
                                        Christopher R. Donato
                                        Assistant U.S. Attorney