UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SIMPSON
    Plaintiff,

V.                  CIVIL ACTION NO. 04-40215-DPW

DAVID L. WINN
    Defendant

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's denial of Plaintiff's Motion for temporary Restraining Order and the Court's allowance of Defendant's Motion to dismiss, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/ Michelle Rynne

Deputy Clerk

DATED: December 27, 2004